SCWC-12-0000139

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

AARON SUSA,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000139; CR. NOS. 05-1-0144 & 09-1-1605)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, JJ., and Circuit
Judge Kuriyama, in place of Pollack, J., recused)

Petitioner/Defendant-Appellant Aaron Susa's Application

for Writ of Certiorari filed on April 27, 2015, is hereby rejected.

DATED: Honolulu, Hawaiʻi, June 10, 2015.

Lila Barbara Kanae
for petitioner

Sonya P. McCullen
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Christine E. Kuriyama

